HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER C. JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>OMNI FINANCIAL OF NEVADA, INC.,<br><br>Defendant. | Case No.: 3:23-cv-05671-DGE<br><br>STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>[CLERK'S ACTION REQUIRED] |

## I. STIPULATION

The undersigned parties having fully resolved this matter, it is hereby stipulated to by the parties that all of Plaintiff Christopher C. Johnson's claims be dismissed with prejudice and without costs or attorney's fees to any party and that the attached Order may be entered.

Dated this 14th day of September, 2023.

**PLAINTIFF PRO SE**

*/s/ Christopher C. Johnson*
Christopher C. Johnson
*Plaintiff Pro Se*

Dated this 14th day of September, 2023.

**HOUSER LLP**

*/s/ Nicholas A. Reynolds*
Nicholas A. Reynolds, WSBA #44935
*Attorneys for Defendant Omni Financial of Nevada, Inc.*

STIPULATION FOR AND ORDER OF DISMISSAL – 1
CAUSE NO. 3:23-cv-05671-DGE

HOUSER LLP
1420 Fifth Ave., Ste. 2200
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

## II. ORDER

THIS MATTER having come before the above-entitled Court on the stipulation of the undersigned parties, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims of the Plaintiff Chrisopher C. Johnson be dismissed with prejudice and without costs or attorney's fees to any party.

Dated this _____ day of _____, 2023.

_____
HONORABLE DAVID G. ESTUDILLO

*Presented by:*

**HOUSER LLP**

*/s/ Nicholas A. Reynolds*
Nicholas A. Reynolds, WSBA #44935
*Attorneys for Defendant Omni Financial of Nevada, Inc.*

*Approved as to form by:*

**PLAINTIFF *PRO SE***

*/s/ Christopher C. Johnson*
Chrisopher C. Johnson
*Plaintiff Pro Se*

STIPULATION FOR AND ORDER OF DISMISSAL – 2
CAUSE NO. 3:23-cv-05671-DGE

HOUSER LLP
1420 Fifth Ave., Ste. 2200
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839